**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**Judge Robert E. Blackburn**

Civil Case No. 11-cv-02097-REB-KMT

M. GABRIEL McFARLAND,

      Plaintiff,

v.

TRANS UNION,
EQUIFAX, and
EXPERIAN, INC.,

      Defendants.

---

## ORDER DISMISSING DEFENDANT EQUIFAX, ONLY

---

**Blackburn, J.**

      The matter is before me on the **Stipulated Motion For Dismissal With Prejudice (as to Defendant Equifax)** [#24][1] filed November 22, 2011.  After reviewing the motion and the file, I conclude that the motion should be granted and that plaintiff's claims against defendant Equifax should be dismissed with prejudice.

      **THEREFORE, IT IS ORDERED** as follows:

      1.  That the **Stipulated Motion For Dismissal With Prejudice (as to Defendant Equifax)** [#24] filed November 22, 2011, is **GRANTED**;

      2.  That plaintiff's claims against defendant Equifax are **DISMISSED WITH PREJUDICE** with the parties to pay their own attorney fees and costs; and

---

[1] "[#24]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's electronic case filing and management system (CM/ECF). I use this convention throughout this order.

3.  That defendant Equifax is **DROPPED** as a named party to this action, and the case caption is amended accordingly.

Dated November 23, 2011, at Denver, Colorado.

**BY THE COURT:**

Robert E. Blackburn
United States District Judge