IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 11–cv–02097–REB–KMT

M. GABRIEL MCFARLAND,

      Plaintiff,

v.

TRANS UNION,
EQUIFAX, and
EXPERIAN, INC.,

      Defendants.

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE KATHLEEN M. TAFOYA**

Plaintiff's "Motion for Leave to Amend Complaint" (Doc. No. 21, filed November 14, 2011) is GRANTED, pursuant to Fed. R. Civ. P. 15(a)(2).  The Clerk of Court is directed to file the "First Amended Complaint" (Doc. No. 21-1).

Dated: December 2, 2011