**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 11-cv-02097-REB-KMT

M.  GABRIEL McFARLAND,

        Plaintiff,

v.

TRANS UNION, and
EXPERIAN, INC.,

        Defendants.

---

### ORDER OF DISMISSAL

---

**Blackburn, J.**

        The matter is before me on the **Stipulation To Dismiss Defendants With Prejudice** [#43][1] filed April 30, 2012.  After reviewing the stipulation and the file, I conclude that the stipulation should be approved and that this action should be dismissed with prejudice.

        **THEREFORE, IT IS ORDERED** as follows:

        1.  That the **Stipulation To Dismiss Defendants With Prejudice** [#43] filed April 30, 2012, is **APPROVED**;

        2.  That the Trial Preparation Conference set for September 28, 2012, is **VACATED**;

        3.  That the trial to the court set to commence October 1, 2012, is **VACATED**;

---

[1] "[#43]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's electronic case filing and management system (CM/ECF). I use this convention throughout this order.

and

    4.  That this action is **DISMISSED WITH PREJUDICE** with the parties to pay

their own attorney fees and costs.

    Dated April 30, 2012, at Denver, Colorado.

                              **BY THE COURT:**

                              Robert E. Blackburn
                              United States District Judge