**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 11-cv-02097-REB-KMT

M. GABRIEL McFARLAND,

    Plaintiff,

v.

TRANS UNION, and
EXPERIAN, INC.,

    Defendants.

## ORDER OF DISMISSAL

**Blackburn, J.**

    The matter is before me on the **Stipulation To Dismiss Defendants With Prejudice** [#43][1] filed April 30, 2012. After reviewing the stipulation and the file, I conclude that the stipulation should be approved and that this action should be dismissed with prejudice.

    **THEREFORE, IT IS ORDERED** as follows:

    1. That the **Stipulation To Dismiss Defendants With Prejudice** [#43] filed April 30, 2012, is **APPROVED**;

    2. That the Trial Preparation Conference set for September 28, 2012, is **VACATED**;

    3. That the trial to the court set to commence October 1, 2012, is **VACATED**;

---

[1] "[#43]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's electronic case filing and management system (CM/ECF). I use this convention throughout this order.

and

    4.  That this action is **DISMISSED WITH PREJUDICE** with the parties to pay their own attorney fees and costs.

    Dated April 30, 2012, at Denver, Colorado.

                                           **BY THE COURT:**

*/s/ Robert E. Blackburn*
Robert E. Blackburn
United States District Judge